IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00706-BNB

WYATT T. HANDY JR.,

      Plaintiff,

v.

DEPUTY VIGIL, Individual and Official,
UNKNOWN NURSE, Individual and Official,
PATTY KELLY, Individual and Official, and
DEPUTY KRAUS, Individual and Official,

      Defendants.

## ORDER ASSIGNING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(1), the case will be assigned to Senior Judge Wiley Y. Daniel and to Magistrate Judge Kathleen M. Tafoya. Accordingly, it is

ORDERED that this case shall be assigned to Senior Judge Wiley Y. Daniel and to Magistrate Judge Kathleen M. Tafoya pursuant to D.C.COLO.LCivR 40.1(c)(1).

DATED June 2, 2014, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge