IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 14-cv-00706-WYD-KMT

WYATT T. HANDY JR.,

Plaintiff,

v.

DEPUTY VIGIL, individual and official;
UNKNOWN NURSE, individual and official;
PATTY KELLY, individual and official; and,
DEPUTY KRAUS, individual and official,

Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulated Motion For Dismissal With Prejudice [ECF No. 11]. After carefully reviewing the above-captioned case, I find that the motion should be granted and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE. Accordingly, it is

ORDERED that the parties' Stipulated Motion For Dismissal With Prejudice [ECF No. 11] is **GRANTED**. In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**. Each party bears its own attorney fees and costs.

DATED: June 10, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge